Petition for Writ of Mandamus Denied and Opinion filed May 22, 2003









Petition for Writ of Mandamus Denied and Opinion filed
May 22, 2003.

 

In The

Fourteenth Court of Appeals

____________

 

NO. 14-03-00429-CV

____________

 

IN RE CAMERON DIVISION OF COOPER
CAMERON CORPORATION

f/k/a CAMERON IRON WORKS, INC., Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On April 16, 2003, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2003); see
also Tex. R. App. P. 52.  In its petition, relator
sought to have this Court compel the Hon. S. Grant Dorfman,
presiding Judge of the 129th Judicial District Court of Harris County, to set
aside his orders of January 29, 2003, lifting the abatement order, and April 3,
2003, denying relator=s motion to reconsider, in cause
number 96-41332, styled Earlene Thurman, Individually and as Community
Representative of the Estate of Delbert Thurman, et al. v. Cooper Industries,
Inc., et al.

We deny relator=s petition for writ of mandamus.

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed May 22, 2003.

Panel consists of
Justices Yates, Hudson, and Frost.